# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois 60604**

September 25, 2008

**Before**

RICHARD D. CUDAHY, *Circuit Judge*

DANIEL A. MANION, *Circuit Judge*

JOHN DANIEL TINDER, *Circuit Judge*

No. 08-1172

| | |
|---|---|
| STEVEN D. DYE, Sr., and PATRICIA L. DYE, *Plaintiffs-Appellants,* | Appeal from the United States District Court for the Eastern District of Wisconsin. |
| *v.* | No. 07 C 430 |
| AMERIQUEST MORTGAGE COMPANY and AUSSPRUNG & ASSOCIATES APPRAISALS, LTD., *Defendants-Appellees.* | Rudolph T. Randa, *Chief Judge*. |

**ORDER**

The order of this court released on August 15, 2008, is AMENDED as follows:

Page 2, second full paragraph, and page 3, third full paragraph, replace "inflated appraisal" with "low appraisal".